JEMMA E. DUNN
Nevada Bar No. 16229
  JDunn@GGTrialLaw.com
KARSON D. BRIGHT
Nevada Bar No. 14837
  KBright@GGTrialLaw.com
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. PHILLIPS, an Individual; and MARILYN MARIE LARSEN-PHILLIPS, an Individual, | Case No.: 2:23-CV-01445-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY (THIRD REQUEST)** |
| v. | |
| BISHOP HEATING & AIR CONDITIONING, INC., a California Corporation, DOES I through X, inclusive, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs JAMES M. PHILLIPS and MARILYN MARIE LARSEN-PHILLIPS ("Plaintiffs"), by and through their attorneys of record, Jemma E. Dunn, Esq. and Karson D. Bright, Esq. of Greenberg Gross, LLP, and Defendant, BISHOP HEATING & AIR CONDITIONING, INC. ("Defendant"), by and through their attorney of record, Lucian J. Greco, Jr, Esq., Melissa Ingleby, Esq., and Thuong (Cindy) H. Nguyen, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, (collectively, the "Parties"), and for good cause shown that the discovery deadlines in the above-entitled matter be extended with sixty (60) days to allow for necessary expert discovery.

## I.    DISCOVERY COMPLETED TO DATE

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiffs' Initial List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

2. Defendant's Initial List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

3. Defendant's First Set of Interrogatories to Plaintiff James Phillips, and Plaintiff James Phillips' Responses to Defendant's First Set of Interrogatories to Plaintiff.

4. Defendant's First Request for Production of Documents to Plaintiff James Phillips, Plaintiff James Phillips' Responses to Defendant's First Request for Production of Documents to Plaintiff.

5. Defendant's First Request for Admission to Plaintiff James Phillips, and Plaintiff James Phillips' Responses to Defendant's First Request for Admission to Plaintiff.

6. Plaintiffs' First Set of Interrogatories to Defendant, and Defendant's Responses to Plaintiffs' First Set of Interrogatories to Defendant.

7. Plaintiffs' First Request for Production of Documents to Defendant, and Defendant's Responses to Plaintiffs' First Request for Production of Documents to Defendant.

8. Plaintiffs' First Request for Admission to Defendant, and Defendant's Responses to Plaintiffs' First Request for Admission to Defendant.

9. Plaintiffs' First Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

10. Defendant issued Subpoenas for Plaintiff James Phillips' medical records, and Valley Propane Company.

11. Deposition of Bill Chezum completed on December 21, 2023.

12. Defendant's First Set of Interrogatories to Plaintiff Marilyn Marie Larsen-Phillips.

13. Defendant's First Request for Production of Documents to Plaintiff Marilyn Marie Larsen-Phillips.

14. Defendant's First Request for Admission to Plaintiff Marilyn Marie Larsen-Phillips.

15. Rule 35 Examinations of Plaintiff James Phillips completed on January 29, 2024.

16. Depositions of Plaintiff James Phillips completed on February 29, 2024.

17. Defendant's First Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

18. Defendant's Second Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

19. Defendant's Third Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

## II.   DISCOVERY REMAINING TO BE COMPLETED

The Parties plan to complete the following discovery:

1. Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Set of Interrogatories.

2. Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Request for Production of Documents.

3. Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Set for Request for Admission.

4. Supplement records with Plaintiff James Phillips' recent and on-going treatment;

5. Parties' Initial Expert and Rebuttal Disclosures;

6. Depositions of Plaintiff Marilyn Marie Larsen-Phillips;

7. Deposition of the FRCP 30(b)(6) representative of Defendant;

8. Deposition of Jose Jiminez;

9. Deposition of Thomas Herrera

10. Depositions of percipient witnesses.

11. Depositions of the Plaintiff James Phillips' treating physicians and/or retained experts.

12. Depositions of the Defendant's experts;

13. Supplemental FRCP 26 disclosures;

14. Additional written discovery and/or subpoena duces tecum of records from necessary

providers;

15. Any additional discovery that is necessary as the Parties proceed through discovery.

### III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE TIME SET BY DISCOVERY PLAN & GOOD CAUSE UNDER LR 26-3

This is the third request for an extension of discovery deadlines requested by the parties. The parties stipulate to extend expert deadlines in this case. Good cause is shown to extend the discovery deadlines, as despite the Parties' diligence and good faith attempts to pursue discovery in preparation of their respective case, the existing deadlines do not provide the parties with sufficient time to complete crucial discovery to ensure this matter is resolved on its respective merits. Plaintiffs' expert, Dr. Jason Garber, ordered a neuropsychological and neurocognitive test of Plaintiff James Phillips, and requires additional time to review the results of these tests for completion of his report. Plaintiff James Phillips' neurologist and clinical neuropsychologist, Dr. Katharine Miller, will be conducting the neuropsychological and neurocognitive tests. Dr. Miller's availability is almost completely booked through to 2025. However, the parties were fortunate enough to schedule Plaintiff James Phillips's tests with Dr. Miller on March 14, 2024, one day before the current deadline to disclose initial experts in this matter. Plaintiffs' counsel's efforts to secure an earlier date for the examinations were unsuccessful, thus resulting in the instant stipulation. In addition, Defendant is still in the process of obtaining Plaintiff James Phillips' medical records for his ongoing treatment which are necessary prior to further depositions and the initial expert disclosure deadline. As such, the deadlines cannot be reasonably met despite the diligence of the Parties. *See Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

Moreover, the parties continue to engage in informal settlement discussions. Correspondence pertaining to settlement has been exchanged, with the topic of mediation having been introduced. Both parties demonstrate a willingness to participate in further comprehensive discussions regarding settlement following the acquisition of Plaintiff James Phillips' medical records concerning his ongoing medical treatment. The parties are actively engaging in discovery in this matter. Furthermore, the parties are acting in good faith in filing this Stipulation and without an intent to improperly delay the proceedings. Continuing the expert deadline will not prejudice any

party or have a negative impact upon the judicial administration of this Honorable Court. Accordingly, the Parties are requesting a sixty (60) day extension to all remaining discovery deadlines.

### IV.   PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The Parties hereto, and for good cause described in this Stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Discovery Cutoff Date: | May 14, 2024 | **July 15, 2024** |
| Expert Designations: | March 15, 2024 | **May 14, 2024** |
| Rebuttal Designations: | April 14, 2024 | **June 13, 2024** |
| Dispositive Motions: | June 13, 2024 | **August 14, 2024** |
| Joint Pre-Trial Order: | July 13, 2024 | **September 13 , 2024** |

As set forth herein, this Stipulation is supported by good cause and is not for purposes of delay.

The parties hereby stipulate to extend the remaining discovery deadlines included in the discovery plan by sixty (60) days.

IT IS SO STIPULATED.


DATED this 1st day of March 2024.

**GREENBERG GROSS LLP**


*/s/ Karson D. Bright*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
*Attorney for Plaintiffs*

DATED this 1st day of March 2024

**BREMER WHYTE BROWN & O'MEARA**


*/s/ Melissa Ingleby*
LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
MELISSA INGLEBY, ESQ.
Nevada Bar No. 12935
THUONG (CINDY) H. NGUYEN, ESQ.
Nevada Bar No. 16436
*Attorneys for Defendants*

## ORDER

Based upon the stipulation of the parties hereto, and for good cause appearing:

**IT IS HEREBY ORDERED** that the discovery deadlines are extended as follows:

| Event: | Deadline: |
|---|---|
| Discovery Cutoff Date: | **July 15, 2024** |
| Expert Designations: | **May 14, 2024** |
| Rebuttal Expert Designations: | **June 13, 2024** |
| Dispositive Motions: | **August 14, 2024** |
| Joint Pre-Trial Order: | **September 13 , 2024** |

_____
United States Magistrate Judge

DATED: 3/5/2024

Respectfully submitted,

GREENBERG GROSS LLP

By: _/s/ Karson D. Bright_
    JEMMA E. DUNN, ESQ.
    Nevada Bar No. 16229
    KARSON D. BRIGHT, ESQ.
    Nevada Bar No. 14837
    _Attorney for Plaintiffs_