JEMMA E. DUNN
Nevada Bar No. 16229
 *JDunn@GGTrialLaw.com*
KARSON D. BRIGHT
Nevada Bar No. 14837
 *KBright@GGTrialLaw.com*
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. PHILLIPS, an Individual; and MARILYN MARIE LARSEN-PHILLIPS, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> BISHOP HEATING & AIR CONDITIONING, INC., a California Corporation, DOES I through X, inclusive, and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:23-CV-01445-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY (FOURTH REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs JAMES M. PHILLIPS and MARILYN MARIE LARSEN-PHILLIPS ("Plaintiffs"), by and through their attorneys of record, Jemma E. Dunn, Esq. and Karson D. Bright, Esq. of Greenberg Gross, LLP, and Defendant, BISHOP HEATING & AIR CONDITIONING, INC. ("Defendant"), by and through their attorney of record, Lucian J. Greco, Jr, Esq., Melissa Ingleby, Esq., and Thuong (Cindy) H. Nguyen, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, (collectively, the "Parties"), and for good cause shown that the discovery deadlines in the above-entitled matter be extended with sixty (60) days.

**I.     DISCOVERY COMPLETED TO DATE**

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiffs' Initial List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).
2. Defendant's Initial List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).
3. Defendant's First Set of Interrogatories to Plaintiff James Phillips, and Plaintiff James Phillips' Responses to Defendant's First Set of Interrogatories to Plaintiff.
4. Defendant's First Request for Production of Documents to Plaintiff James Phillips, Plaintiff James Phillips' Responses to Defendant's First Request for Production of Documents to Plaintiff.
5. Defendant's First Request for Admission to Plaintiff James Phillips, and Plaintiff James Phillips' Responses to Defendant's First Request for Admission to Plaintiff.
6. Plaintiffs' First Set of Interrogatories to Defendant, and Defendant's Responses to Plaintiffs' First Set of Interrogatories to Defendant.
7. Plaintiffs' First Request for Production of Documents to Defendant, and Defendant's Responses to Plaintiffs' First Request for Production of Documents to Defendant.
8. Plaintiffs' First Request for Admission to Defendant, and Defendant's Responses to Plaintiffs' First Request for Admission to Defendant.
9. Plaintiffs' First Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).
10. Defendant issued Subpoenas for Plaintiff James Phillips' medical records, and Valley Propane Company.
11. Deposition of Bill Chezum completed on December 21, 2023.
12. Defendant's First Set of Interrogatories to Plaintiff Marilyn Marie Larsen-Phillips, and Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Set of Interrogatories to Plaintiff.
13. Defendant's First Request for Production of Documents to Plaintiff Marilyn Marie

Larsen-Phillips, and Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Set of Request for Production of Documents to Plaintiff.

14. Defendant's First Request for Admission to Plaintiff Marilyn Marie Larsen-Phillips, and Plaintiff Marilyn Marie Larsen-Phillips' Responses to Defendant's First Set of Request for Admission to Plaintiff.

15. Rule 35 Examinations of Plaintiff James Phillips completed on January 29, 2024.

16. Deposition of Plaintiff James Phillips completed on February 29, 2024.

17. Defendant's First Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

18. Defendant's Second Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

19. Defendant's Third Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

20. Defendant's Fourth Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

21. Defendant's Fifth Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

22. Defendant's Sixth Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

23. Plaintiffs' Second Supplemental List of Witnesses and Production of Documents made Pursuant to FRCP 26(a)(1).

24. Defendant's Initial Designation of Expert Witnesses Pursuant to FRCP 26.1(a)(2).

25. Plaintiffs' Initial Designation of Expert Witnesses Pursuant to FRCP 26.1(a)(2).

26. Deposition of Plaintiff Marilyn Marie Larsen-Phillips completed on April 24, 2024 .

27. Deposition of the FRCP 30(b)(6) representative of Defendant completed on April 26, 2024.

**II.    DISCOVERY REMAINING TO BE COMPLETED**

The Parties plan to complete the following discovery:

-3-

1. Supplement records with Plaintiff James Phillips' recent and on-going treatment;
2. Parties' Expert Rebuttal Disclosures;
3. Deposition of Jose Jimenez;
4. Deposition of Thomas Herrera
5. Depositions of percipient witnesses.
6. Depositions of Plaintiff James Phillips' treating physicians and/or retained experts.
7. Depositions of the Defendant's experts;
8. Supplemental FRCP 26 disclosures;
9. Additional written discovery and/or subpoena duces tecum of records from necessary providers;
10. Any additional discovery that is necessary as the Parties proceed through discovery.

### III. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN THE TIME SET BY DISCOVERY PLAN & GOOD CAUSE UNDER LR 26-3

This is the fourth request for an extension of discovery deadlines by the parties. Both parties have diligently worked through the discovery process and continue their efforts. To facilitate a potential early resolution of this case, the parties have agreed to mediation and, consequently, to extend the discovery deadlines. The parties are actively coordinating dates and times to schedule the mediation within the next sixty (60) days while continuing to engage in discovery.

The parties are acting in good faith by filing this stipulation, with no intent to improperly delay the proceedings. Extending the deadlines will not prejudice any party or negatively impact the judicial administration of this Honorable Court. Therefore, the parties respectfully request a sixty (60) day extension for all remaining discovery deadlines.

### IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The Parties hereto, and for good cause described in this Stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Discovery Cutoff Date: | July 15, 2024 | **September 13, 2024** |

-4-

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Expert Designations: | May 14, 2024 | **No change** |
| Rebuttal Designations: | June 13, 2024 | **August 12, 2024** |
| Dispositive Motions: | August 14, 2024 | **October 14, 2024** |
| Joint Pre-Trial Order: | September 13 , 2024 | **November 13, 2024** |

As set forth herein, this Stipulation is supported by good cause and is not for purposes of delay.

The parties hereby stipulate to extend the remaining discovery deadlines included in the discovery plan by sixty (60) days.

IT IS SO STIPULATED.

DATED this 6th day of June 2024.  DATED this 6th day of June 2024

**GREENBERG GROSS LLP**  **BREMER WHYTE BROWN & O'MEARA**

_____  _/s/ Melissa Ingleby_____
JEMMA E. DUNN, ESQ.  LUCIAN J. GRECO, JR., ESQ.
Nevada Bar No. 16229  Nevada State Bar No. 10600
KARSON D. BRIGHT, ESQ.  MELISSA INGLEBY, ESQ.
Nevada Bar No. 14837  Nevada Bar No. 12935
*Attorney for Plaintiffs*  ASHLEY L. ZURKAN, ESQ.
  Nevada Bar No. 16473
  *Attorneys for Defendants*

# ORDER

Based upon the stipulation of the parties hereto, and for good cause appearing: **IT IS HEREBY ORDERED** that the discovery deadlines are extended as follows:

| Event: | Deadline: |
|---|---|
| Discovery Cutoff Date: | **September 13, 2024** |
| Expert Designations: | **No change** |
| Rebuttal Expert Designations: | **August 12, 2024** |
| Dispositive Motions: | **October 14, 2024** |
| Joint Pre-Trial Order: | **November 13, 2024** |

_____
United States Magistrate Judge

DATED: 6/10/2024

Respectfully submitted,

GREENBERG GROSS LLP

By: _____
   JEMMA E. DUNN, ESQ.
   Nevada Bar No. 16229
   KARSON D. BRIGHT, ESQ.
   Nevada Bar No. 14837
   *Attorney for Plaintiffs*

-6-