```
LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
ASHLEY L. ZURKAN, ESQ.
Nevada State Bar No. 16473
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:    (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
mingleby@bremerwhyte.com
azurkan@bremerwhyte.com

Attorneys for Defendant,
BISHOP HEATING & AIR CONDITIONING, INC.
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. PHILLIPS, an individual; and MARILYN MARIE LARSEN-PHILLIPS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BISHOP HEATING & AIR CONDITIONING, INC., a California Corporation, DOES I through X, inclusive, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01445-RDB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs JAMES M. PHILLIPS and MARILYN MARIE LARSEN-PHILLIPS ("Plaintiffs"), by and through their attorneys of record, Jemma E. Dunn, Esq. and Karson D. Bright, Esq. of Greenberg Gross, LLP, and Defendant, BISHOP HEATING & AIR CONDITIONING, INC. ("Defendant"), by and through their attorneys of record, Lucian J. Greco, Jr, Esq., Melissa Ingleby, Esq., and Ashley L. Zurkan, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, (collectively, the "Parties"), **hereby stipulate and agree to the DISMISSAL WITH PREJUDICE**

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1464.053 4887-0645-0916.2

of all claims for relief asserted in the Complaint in Case No. 2:23-CV-01445-RDB-BNW.

Each party further agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 30th day of September 2024

**GREENBERG GROSS LLP**

*/s/ Karson Bright*
**JEMMA E. DUNN, ESQ.**
Nevada Bar No. 16229
**KARSON D. BRIGHT, ESQ.**
Nevada Bar No. 14837
*Attorney for Plaintiffs*

DATED this 30th day of September 2024

**BREMER WHYTE BROWN & O'MEARA**

*/s/ Melissa Ingleby*
**LUCIAN J. GRECO, JR., ESQ.**
Nevada State Bar No. 10600
**MELISSA INGLEBY, ESQ**.
Nevada Bar No. 12935
**ASHLEY L. ZURKAN ESQ**.
Nevada Bar No. 16473
*Attorneys for Defendants*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1464.053  4887-0645-0916.2
4854-0559-4780, v. 1

**ORDER**

Based upon the foregoing Stipulation of the parties hereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims for relief asserted against Defendants as outlined in the Complaint on file in United States District Court Case 2:23-CV-01445-RDB-BNW, are now dismissed with prejudice; and that all parties are to bear their own fees and costs.

**DATED:** October 1, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Melissa Ingleby*
**LUCIAN J. GRECO, JR., ESQ.**
Nevada Bar No. 10600
**MELISSA INGLEBY, ESQ.**
Nevada Bar No. 12935
**ASHLEY L. ZURKAN, ESQ**.
Nevada Bar No. 16473
*Attorneys for Defendant*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1464.053  4887-0645-0916.2
4854-0559-4780, v. 1